[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**



RECEIVED
NOV 14 2023
THOMAS G BRUTON
CLERK, U.S DISTRICT COURT

Eddie Burch

Plaintiff(s),

vs.

Rockford Police Department,
Andrew Kennington Star # RP0266,
Rockford Housing Authority, Kendra Upchurch,
A. Thompson Star # RP

Defendant(s).

Case No.

23cv50411
Judge Iain D. Johnston
Magistrate Judge Margaret J. Schneider

## COMPLAINT FOR VIOLATION OF CONSTITUTIONAL RIGHTS

*This form complaint is designed to help you, as a pro se plaintiff, state your case in a clear manner. Please read the directions and the numbered paragraphs carefully. Some paragraphs may not apply to you. You may cross out paragraphs that do not apply to you. All references to "plaintiff" and "defendant" are stated in the singular but will apply to more than one plaintiff or defendant if that is the nature of the case.*

1. This is a claim for violation of plaintiff's civil rights as protected by the Constitution and laws of the United States under 42 U.S.C. §§ 1983, 1985, and 1986.

2. The court has jurisdiction under 28 U.S.C. §§ 1343 and 1367.

3. Plaintiff's full name is __Eddie Burch__.

*If there are additional plaintiffs, fill in the above information as to the first-named plaintiff and complete the information for each additional plaintiff on an extra sheet.*

Rockford Police Department,
Andrew Kennington Star # RP0266
Rockford Housing Authority, Kendra Upchurch,
A. Thompson Star # RP

1

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

4. Defendant, __Andrew Kennington Star # RP0266__, is
   (name, badge number if known)

   ☒ an officer or official employed by __Rockford Police Department__;
   (department or agency of government)
   
   _____ or

   ☐ an individual not employed by a governmental entity.

*If there are additional defendants, fill in the above information as to the first-named defendant and complete the information for each additional defendant on an extra sheet.*

5. The municipality, township or county under whose authority defendant officer or official acted is __Winnebago__. As to plaintiff's federal constitutional claims, the municipality, township or county is a defendant only if custom or policy allegations are made at paragraph 7 below.

6. On or about __November 1, 2023__, at approximately __1:30 p.m__ ☐ a.m. ☐ p.m.
   (month, day, year)
   plaintiff was present in the municipality (or unincorporated area) of _____
   __Rockford Illinois__, in the County of __Winnebago__,
   State of Illinois, at __Olsen Plaza__.
   (identify location as precisely as possible)

   when defendant violated plaintiff's civil rights as follows *(Place X in each box that applies)*:

   ☒ arrested or seized plaintiff without probable cause to believe that plaintiff had committed, was committing or was about to commit a crime;
   ☒ searched plaintiff or his property without a warrant and without reasonable cause;
   ☒ used excessive force upon plaintiff;
   ☒ failed to intervene to protect plaintiff from violation of plaintiff's civil rights by one or more other defendants;
   ☐ failed to provide plaintiff with needed medical care;
   ☒ conspired together to violate one or more of plaintiff's civil rights;
   ☒ Other:
   __Released juvenile information on public form__

2

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

7. Defendant officer or official acted pursuant to a custom or policy of defendant municipality, county or township, which custom or policy is the following: (*Leave blank if no custom or policy is alleged*): __Prohibited Use Of Force By Peace Officers__

   __V-E-1 Use of Force as punishment or retaliation__

   __V111- Duty To Intervene (a)(b)____1X-C- De Escalation (1)(2)__

8. Plaintiff was charged with one or more crimes, specifically:

   __Disorderly conduct complaint by property manager Kendra Upchurch__

9. (*Place an X in the box that applies. If none applies, you may describe the criminal proceedings under "Other"*) The criminal proceedings

   ☒ are still pending.

   ☐ were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.[1]

   ☐ Plaintiff was found guilty of one or more charges because defendant deprived me of a fair trial as follows _____

   ☐ Other: _____

---

[1] Examples of termination in favor of the plaintiff in a manner indicating plaintiff was innocent may include a judgment of not guilty, reversal of a conviction on direct appeal, expungement of the conviction, a voluntary dismissal (SOL) by the prosecutor, or a *nolle prosequi* order.

3

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

10. Plaintiff further alleges as follows: (*Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions and the actions of each defendant.*)

On November 1st 2023 at 1:30 p.m. officer Andrew Kennington, Officer A. Thompson, and a third unknown Officer at this time showed Up at the Plaintiff apartment with a complaint from Defendant Kendra Upchurch. Plaintiff step in the hallway to address the complaint, at which time Officer A. Thompson and Officer Andrew Kennington began antagonizing the Plaintiff stating "he was living rent free and stalking the property manager". I asked Laura Schram my personal assistant to come record and at which time Officer Andrew Kennington Try to intimidate her saying she was not on the lease and was not authorized to be in the apartment. Officer Andrew Kennington stated I was being issue of citation for disorderly conduct then went downstairs to write the citation. Officer Andrew Kennington then served the Plaintiff trespassing form and citation in the back of the police truck. Officer Andrew Kennington disclosed juvenile information on trespassing form that was irrelevant to the Incident.

On November 2, 2023 the Plaintiff went into Rockford P.D to file a complaint but was told only a email to the Chief would happen and the Chief would reach out.

11. Defendant acted knowingly, intentionally, willfully and maliciously.

12. As a result of defendant's conduct, plaintiff was injured as follows:

Emotionally and mentally injured

13. Plaintiff asks that the case be tried by a jury. ☒ Yes ☐ No

4

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

10. Plaintiff further alleges as follows: (*Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions and the actions of each defendant.*)

On November 1st 2023 at 1:30 p.m. Officer A. Thompson came to the Plaintiff door with Officer Andrew Kennington an unknown officer.. The Plaintiff step into the hallway to speak with officers and Officer A. Thompson Immediately start antagonizing the Plaintiff. As Officer Andrew Kennington went downstairs to wrte the Plaintiff citation as the Plaintiff tried to go into his apartment but Officer A Thompson placed his foot in the Plaintiff door preventing him to close ge door. After Officer A. Thompson refused to remove his foot from my door i said i would just come back ino the hallway. Officer A. Thomas and the unknown Officer grabbed me and slammed me against the wall placing me a handcuffs saying I was under arrest disorderly conduct

11. Defendant acted knowingly, intentionally, willfully and maliciously.

12. As a result of defendant's conduct, plaintiff was injured as follows:

Emotionally and mentally injured

13. Plaintiff asks that the case be tried by a jury. ☒ Yes ☐ No

4

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

10. Plaintiff further alleges as follows: (*Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions and the actions of each defendant.*)

On November 1st 2023 at around Defendant Kendra Upchurch confronted the Plaintiff about a motorcycle

the Defendant stated someone sent a video in a group chat about the Plaintiff motorcycle in the hallway

after asking to see the video the Defendant begin to get loud with the Plaintiff and walk away.

the Plaintiff went to the office to request a FOIA to get video footage at which time the defendant

said she was calling police because she didnt want to talk any more.

At 1:30 p.m Defendant Officers came to the plaintiff door stating Defendant Upchurch said i was stalking

her

11. Defendant acted knowingly, intentionally, willfully and maliciously.

12. As a result of defendant's conduct, plaintiff was injured as follows:

Emotionally and mentally injured

13. Plaintiff asks that the case be tried by a jury. ☒ Yes ☐ No

4

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

14. Plaintiff also claims violation of rights that may be protected by the laws of Illinois, such as false arrest, assault, battery, false imprisonment, malicious prosecution, conspiracy, and/or any other claim that may be supported by the allegations of this complaint.

**WHEREFORE,** plaintiff asks for the following relief:

A. Damages to compensate for all bodily harm, emotional harm, pain and suffering, loss of income, loss of enjoyment of life, property damage and any other injuries inflicted by defendant;

B. ☐ *(Place X in box if you are seeking punitive damages.)* Punitive damages against the individual defendant; and

C. Such injunctive, declaratory, or other relief as may be appropriate, including attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

Plaintiff's signature: *Eddie Burch*

Plaintiff's name *(print clearly or type)*: Eddie Burch

Plaintiff's mailing address: 511 N Church St Apt 401

City: Rockford     State: Illinois     ZIP: _____

Plaintiff's telephone number: ( ) 3312435142

Plaintiff's email address *(if you prefer to be contacted by email)*:

eddiedburch1015@gmail.com

15. Plaintiff has previously filed a case in this district. ☐ Yes ☒ No

*If yes, please list the cases below.*

*Any additional plaintiffs must sign the complaint and provide the same information as the first plaintiff. An additional signature page may be added.*

5

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]